# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY PARKER

VERSUS

CELTIC MEDIA CENTRE, L.L.C.,
THE HANOVER INSURANCE
COMPANY, CIRCLE GRAPHICS,
INC., AND ABC INSURANCE
COMPANY

NO.   2021 CW 1060

**November 29, 2021**

---

In Re:    Circle Graphics, Inc. and The First Liberty Insurance
          Corp., applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          668403.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT NOT CONSIDERED.**   The writ application did not include a copy of the minutes of the hearing in violation of Rule 4-5(C)(10), Uniform Rules of Louisiana Courts of Appeal.   In addition, the writ application does not contain a transcript of the court's reasons for denying the motion and the reasons are not otherwise evident from the writ application. See La. Civ. Code P. art. 966(C)(4); **James as Co-Trustees of Addison Family Trust v. Strobel**, 2019-0787 (La. App. 1st Cir. 6/24/20), 2020 WL 3446635 (unpublished).

    Supplementation of this writ application and/or an application for rehearing will not be considered.   Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

    In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before December 30,2021, and must contain a copy of this ruling.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT